UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :          26-Cr-111 (SHS)

           v.                                    :          ORDER

MOISES FREIRE, BRIAN PERALTA               :
CABRERA, and HARRY ROSALES PINO,

                                    :

                   Defendants.

-------------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

There will be a pretrial conference in this matter on April 14, 2026, at 10:30 a.m. The conference will be held in Courtroom 23A, U.S. Courthouse, 500 Pearl Street, New York.

Dated: New York, New York
      April 6, 2026

                                 SO ORDERED:

                                 Sidney H. Stein, U.S.D.J.