UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

UNITED STATES OF AMERICA,           :        26-Cr-111 (SHS)

        v.                       :        ORDER

MOISES FREIRE, BRIAN PERALTA      :
CABRERA, and HARRY ROSALES PINO,

                                 :

               Defendants.

--------------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

The conference in this matter scheduled for April 14, 2026, at 10:30 a.m. is adjourned to Wednesday, April 15, 2026, at 11:00 a.m. The conference will be held in Courtroom 23A, U.S. Courthouse, 500 Pearl Street, New York.

Dated: New York, New York
       April 7, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.