UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :        26-Cr-111 (SHS)

              v.                                :        ORDER

MOISES FREIRE, BRIAN PERALTA              :
CABRERA, and HARRY ROSALES PINO,

                                                   :

                      Defendants.
-----------------------------------------------------------------X

SIDNEY H. STEIN, United States District Judge:

       The conference in this matter scheduled for April 15, 2026, is moved up to Monday, April 13, 2026, at 11:00 a.m. The conference will be held in Courtroom 23A, U.S. Courthouse, 500 Pearl Street, New York.

Dated: New York, New York
       April 8, 2026

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.