UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 26-Cr-111 (SHS) |
| v. | : | <u>ORDER</u> |
| MOISES FREIRE, BRIAN PERALTA CABRERA, | : | |
| | : | |
| Defendants. | | |

------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

Because no defendant has filed pretrial motions, and the deadline to do so has passed,

IT IS HEREBY ORDERED that the hearing scheduled for September 22, at 9:30 a.m. is converted to a status conference.

Dated: New York, New York
September 16, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.