UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA, : 26-Cr-111 (SHS)

v. : ORDER

MOISES FREIRE and BRIAN PERALTA CABRERA, :

:

Defendants.
---------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

IT IS HEREBY ORDERED that the defendants will be arraigned on the (S1) Superseding Indictment [Doc. No. 39] on Wednesday, October 28, 2026, at 11:00 a.m. in Courtroom 23A.

Dated: New York, New York
October 16, 2026

SO ORDERED:

Sidney H. Stein

Sidney H. Stein, U.S.D.J.